IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PETRA O. SOTELO,**

      Plaintiff,

vs.                                                     Case No. CV-10-0456 CG

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court upon Plaintiff's Stipulated Motion for Extension of Time, whereby she seeks an extension of time to file her Memorandum Brief. Plaintiff moves the Court for an extension of time to file her Memorandum Brief from October 11, 2010 to October 22, 2010. Plaintiff further moves this court to extend the Defendant's time to file his response from December 10, 2010 to December 21, 2010 and that this Court extend Plaintiff's time to file her reply from December 27, 2010 to January 6, 2010. As grounds for the Motion, Plaintiff contends that the complexity of the legal and factual issues presented by this case warrant additional time. Defendant concurs with the Motion.

Accordingly, the Court will grant the Motion. The Briefing Schedule is amended to include the above deadline extensions with Completion of Briefing to be filed no later than January 7, 2010.

IT IS SO ORDERED.

_____
Honorable Carmen E. Garza
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2010, I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Manuel Lucero:  **manny.lucero@usdoj.gov**

Virginia Watson Keyes:  **virginia.keyes@ssa.gov**

    /s/ *Benjamin E. Decker*