**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PETRA O. SOTELO,
             Plaintiff,

v.                                                                        No. CV 10-0456 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.

**FINAL ORDER**

Pursuant to the *Memorandum Opinion and Order* (Doc. 22) entered concurrently

herewith, the Court enters this *Final Order* pursuant to FED. R. CIV. P. 58, **GRANTING**

Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (Doc. 21) and

**REMANDING** this case to the Commissioner of Social Security for further proceedings

consistent with the *Memorandum Opinion and Order* (Doc. 22).

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent